# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Hornak, Mark R. | U.S. Dist. Ct., W.D. Pa. | 05/10/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge, Active | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

U.S. Courthouse
700 Grant Street
Pittsburgh, PA 15219

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Executor | Estate #1 |
| 2. Power of Attorney | Power of Attorney #1 |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2011 | Agreement regarding retirement and withdrawal from the practice of law at the Buchanan Ingersoll & Rooney PC law firm |
| 2. 1989 | Buchanan Ingersoll & Rooney PC Retirement (Pension and Profit Sharing) Plans |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hornak, Mark R. | 05/10/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Trial Advocacy College, University of Virginia | January 5 to 8, 2018 | Charlottesville, VA | Participate in Trial Advocacy College | Meals, lodging and transportation |
| 2. | New York Intellectual Property Association | March 23 to 25, 2018 | New York, NY | Attend Annual Meeting of Organization | Meals, lodging and transportation |
| 3. | Allegheny County Bar Association (PA) | June 14 to 16, 2018 | Champion, PA | Attend Bench-Bar conference and participate in CLE program | Meals and lodging |
| 4. | Aspen Institute | July 20 to 22, 2018 | Queenstown, MD | Attend seminar for Third Circuit Judges | Meals and lodging |

5. Academy of Trial Lawyers of Allegheny County (PA) — October 3 to 5, 2018 — Farmington, PA — Attend and participate in Annual Academy Retreat and CLE program — Meals and lodging

| Name of Person Reporting | Date of Report |
|---|---|
| Hornak, Mark R. | 05/10/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Citibank | Revolving credit account | J |
| 2. | MOHELA | Refinanced student loan ▀▀▀ | K |
| 3. | SoFi | Refinance loan | K |
| 4. | Barclays Bank | Revolving credit account | J |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. PNC Bank Checking Account #1 | A | Interest | J | T | | | | | |
| 2. PNC Bank Checking Account #2 | | None | J | T | | | | | |
| 3. PNC Bank Checking Account #3 | A | Interest | J | T | | | | | |
| 4. PNC Bank Checking Account #4 | A | Interest | J | T | | | | | |
| 5. PNC Bank Statement Savings Account #1 | A | Interest | J | T | | | | | |
| 6. American Century Select Investors Fund | A | Int./Div. | | | Redeemed (part) | 10/26/18 | J | A | |
| 7. | | | | | Redeemed | 11/29/18 | J | B | |
| 8. Pittsburgh Firefighters Federal Credit Union Cash Account | A | Interest | J | T | | | | | |
| 9. US Series EE Savings Bonds | B | Interest | K | T | | | | | |
| 10. US Series I Savings Bonds | B | Interest | K | T | Redeemed (part) | 05/29/18 | J | B | |
| 11. Buchanan Ingersoll & Rooney PC Profit Sharing Plan (H) | | | | | | | | | |
| 12. -Northwestern Mutual Life Select 100 Whole Life Policy | C | Dividend | M | T | | | | | |
| 13. -T. Rowe Price Stable Value Fund | A | Interest | J | T | | | | | |
| 14. Estate #1 | C | Distribution | | | | | | | |
| 15. American Century Prime Money Market Fund | A | Int./Div. | | | Redeemed | 10/26/18 | J | A | |
| 16. PNC Bank Money Market Account #1 | A | Interest | J | T | | | | | |
| 17. TIAA-CREF Universal Life Insurance Policy | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hornak, Mark R. | 05/10/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. Rollover IRA #1 (H) | | | | | | | | | |
| 19. -New Mexico Fin Authority Revolving FD Taxable Bonds, Series B-2 | B | Interest | K | T | | | | | |
| 20. -Hildago County (TX) CTFS Bonds, Series B | B | Interest | K | T | | | | | |
| 21. -American Mutual Fund, Class F-2 | C | Dividend | M | T | Sold (part) | 09/18/18 | J | B | |
| 22. | | | | | Buy (add'l) | 03/27/18 | L | | |
| 23. -FPA Crescent Portfolio Fund | A | Dividend | K | T | Sold (part) | 09/18/18 | K | B | |
| 24. -Intl. Growth and Income Fund, Class F-2 | C | Dividend | M | T | Buy (add'l) | 09/18/18 | K | | |
| 25. -John Hancock Regional Bank Class A Fund | A | Dividend | | | Sold | 03/27/18 | L | E | |
| 26. -New World Fund Class F-2 | A | Dividend | L | T | Sold (part) | 01/29/18 | J | B | |
| 27. | | | | | Buy (add'l) | 09/18/18 | J | | |
| 28. | | | | | Sold (part) | 12/07/18 | K | | |
| 29. -Primecap Odyssey Stock Fund | B | Dividend | L | T | Sold (part) | 09/18/18 | L | E | |
| 30. -Tweedy Browne Global Value Fund | A | Dividend | K | T | Sold (part) | 01/29/18 | J | A | |
| 31. | | | | | Sold (part) | 09/18/18 | J | A | |
| 32. -Massachussetts State Housing Fin. Agency Bonds, Taxable Series C | A | Interest | J | T | Sold (part) | 09/17/18 | J | A | |
| 33. -T Rowe Price European Stock Fund (Y) | | | | | | | | | |
| 34. -Will County (IL) Sch. Dist. #122 Taxable Bonds Series B | A | Interest | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 7 of 12

**Name of Person Reporting**

Hornak, Mark R.

**Date of Report**

05/10/2019

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. -Penn Hills (PA) Sch. Dist. Bonds Series B | B | Interest | K | T | | | | | |
| 36. -Akron (OH) CTFS Partn. RFDG Baseball Stadium Proj. Taxable Bonds | A | Interest | K | T | | | | | |
| 37. -Montgomery County (PA) Taxable Series C Bonds | B | Interest | K | T | | | | | |
| 38. -Pershing Prime Reserves Money Market Fund | A | Interest | | | Redeemed (part) | 01/03/18 | K | | |
| 39. | | | | | Redeemed (part) | 01/08/18 | J | | |
| 40. | | | | | Redeemed (part) | 01/26/18 | J | | |
| 41. | | | | | Redeemed (part) | 02/07/18 | J | | |
| 42. | | | | | Redeemed | 03/21/18 | M | | |
| 43. -Fundemental Investors Class F-2 | A | Dividend | | | Sold | 03/27/18 | L | D | |
| 44. -American Developing World Growth and Income Fund F-2 (Y) | | | | | | | | | |
| 45. -Vanguard Selected Value Fund | | None | | | Sold (part) | 01/29/18 | J | B | |
| 46. | | | | | Sold (part) | 07/18/18 | K | B | |
| 47. | | | | | Sold | 11/19/18 | K | | |
| 48. -Dodge & Cox Income Fund | B | Dividend | K | T | Buy (add'l) | 07/20/18 | J | | |
| 49. | | | | | Buy (add'l) | 09/18/18 | K | | |
| 50. -Wells Fargo Absolute Return Fund | | None | | | Sold | 09/12/18 | L | | |
| 51. -Loomis Sayles Bond Fund Institutional Class | B | Dividend | L | T | Buy (add'l) | 09/18/18 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Amercian Funds Inflation Linked Bond Fund Class F-2 | B | Dividend | K | T | Buy | 03/27/18 | K | | |
| 53. | | | | | Buy (add'l) | 09/18/18 | J | | |
| 54. -GMO Benchmark-Free Allocation Service Fund Class PS | A | Dividend | L | T | Buy | 09/13/18 | L | | |
| 55. -BrandywineGlobal Opportunities Bond Fund Class IS | B | Dividend | K | T | Buy | 09/18/18 | K | | |
| 56. -PIMCO Short Asset Investment Fund Institutional Class | B | Dividend | K | T | Buy | 09/18/18 | K | | |
| 57. -Vanguard Extended Market Index Fund Admiral Shares | A | Dividend | K | T | Buy | 11/19/18 | K | | |
| 58. | | | | | Buy (add'l) | 12/19/18 | J | | |
| 59. -MFS Value Fund Class I | A | Dividend | K | T | Buy | 12/07/18 | K | | |
| 60. -Federated Prime Cash Obligations Fund Service Shares | C | Interest | M | T | Buy | 03/21/18 | M | | |
| 61. | | | | | Redeemed (part) | 03/28/18 | J | | |
| 62. | | | | | Redeemed (part) | 04/09/18 | J | | |
| 63. | | | | | Redeemed (part) | 04/26/18 | J | | |
| 64. | | | | | Redeemed (part) | 05/07/18 | J | | |
| 65. | | | | | Buy (add'l) | 06/05/18 | J | | |
| 66. | | | | | Redeemed (part) | 06/12/18 | J | | |
| 67. | | | | | Buy (add'l) | 06/26/18 | J | | |
| 68. | | | | | Redeemed (part) | 07/09/18 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hornak, Mark R. | 05/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 07/20/18 | K | | |
| 70. | | | | | Redeemed (part) | 07/23/18 | J | | |
| 71. | | | | | Redeemed (part) | 07/26/18 | J | | |
| 72. | | | | | Redeemed (part) | 08/07/18 | J | | |
| 73. | | | | | Redeemed (part) | 08/20/18 | J | | |
| 74. | | | | | Redeemed (part) | 09/07/18 | J | | |
| 75. | | | | | Buy (add'l) | 09/18/18 | J | | |
| 76. | | | | | Redeemed (part) | 09/20/18 | J | | |
| 77. | | | | | Buy (add'l) | 10/02/18 | J | | |
| 78. | | | | | Redeemed (part) | 10/09/18 | J | | |
| 79. | | | | | Redeemed (part) | 10/22/18 | J | | |
| 80. | | | | | Redeemed (part) | 10/26/18 | J | | |
| 81. | | | | | Redeemed | 11/07/18 | J | | |
| 82. | | | | | Redeemed (part) | 11/21/18 | J | | |
| 83. | | | | | Buy (add'l) | 12/04/18 | J | | |
| 84. | | | | | Redeemed (part) | 12/07/18 | J | | |
| 85. | | | | | Buy (add'l) | 12/19/18 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hornak, Mark R. | 05/10/2019 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. | | | | | Buy<br>(add'l) | 12/20/18 | J | | |
| 87. | | | | | Buy<br>(add'l) | 12/21/18 | J | | |
| 88. | | | | | Buy<br>(add'l) | 12/24/18 | J | | |
| 89. | | | | | Buy<br>(add'l) | 12/26/18 | J | | |
| 90. | | | | | Buy<br>(add'l) | 12/31/18 | J | | |
| 91. -Cash (residual within IRA #1, Pershing LLC is the custodian) | | None | J | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4)<br>2 Value Codes<br>(See Columns C1 and D3)<br><br>3 Value Method Codes<br>(See Column C2) | A =$1,000 or less<br>F =$50,001 - $100,000<br>J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000<br>K =$15,001 - $50,000<br>O =$500,001 - $1,000,000<br><br>R =Cost (Real Estate Only)<br>V =Other | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000<br>L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | D =$5,001 - $15,000<br>H2 =More than $5,000,000<br>M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000<br><br>T =Cash Market | E =$15,001 - $50,000 |

| Name of Person Reporting | Date of Report |
|---|---|
| Hornak, Mark R. | 05/10/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I, Line 2--I hold a power of attorney as to a living, competent member of my immediate family, exercised for the first time in 2017.

Part II, Line 1--This Agreement relates to my retirement from the practice of law at my prior law firm. All payments due to me pursuant to this Agreement were made in 2012, but the Agreement remains in force as to the balance of its terms which arguably include reference to a balance remaining in one Retirement Plan, so it is listed.

Part II, Line 2- -This is the date of my first participation in such plan while engaged in the practice of law. It is reported in Part VII, Line 11. The remaining balance is in the 401k component of that Plan. See note below regarding Part VII, Lines 12-13.

Part VII, Line 2- -This is a non-interest bearing account

Part VII, Line 11--The Plan listed on Line 11 remains open, as it was rolled over into IRA #1 in part. It is a 401(k) Plan. These retirement funds are administered and managed by third-parties. All contributions to them relate solely to services performed prior to entering judicial service.

Part VII, Lines 12-14. Consistent with the instructions, I am listing the assets held in this Plan, which is reported at Line 11.

Part VII, Line 15- -Estate #1 is that of a deceased family member, and has no assets, other than its status as the plaintiff/claimant in civil/claims proceedings related to the decedent's death.

Part VII, Lines 33 and 44--These assests of IRA #1 were reported as "sold (part)" in my amended disclosure statement for 2017 at Lines 31 and 71. In actuality, I have determined that they were completely sold on the dates listed on that prior report. They are listed here in order to provide that information.

Part VII, Lines 28, 47 and 50--these assets were sold at a loss, so no "gain" is listed.

Part VII, Lines 38 to 42 and 60-90--these are transactions in/out of a money market fund, and there were no gains upon any listed complete or partial redemptions.

Part VII, Lines 45 and 50--as to these assets, no income was received or attributed to the listed asset or account, and therefore "none" is listed.

Part VII, Line 91--This reflects residual cash in the Rollover IRA #1 as of December 31, 2018. This cash was held by the custodian in its own account (and not an account specified to me or an immediate family member), generated no income, gain or loss, and had a value of less than $100 as of December 31, 2018.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Mark R. Hornak**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544